UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| THE ESTATE OF TRISTAN TRAY MADDEN, by and through Administratrix, SHANNA MADDEN,<br><br>    *Plaintiff,*<br>v.<br><br>JETTA OPERATING APPALACHIA, LLC, *et al*.<br><br>    *Defendants* | Case No. 6:23-cv-00029-REW<br>*Electronically Filed* |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Jetta Operating Appalachia, LLC ("Jetta"), hereby states pursuant to Federal Rule of Civil Procedure 7.1, as follows:

Jetta is a for-profit Texas limited liability company whose principal office is in Fort Worth, Texas. Jetta states that it is owned entirely by Jetta Operating Company, Inc., an Oklahoma corporation.

    Respectfully submitted,

    */s/ Thomas E. Travis*
    Mickey T. Webster
    mwebster@wyattfirm.com
    Karen J. Greenwell
    kgreenwell@wyattfirm.com
    Thomas E. Travis
    ttravis@wyattfirm.com
    WYATT, TARRANT & COMBS, LLP
    250 West Main Street, Suite 1600
    Lexington, Kentucky 40507
    859.233.2012
    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 2nd day of March, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record. I further certify that on this same day, I sent a copy of the foregoing via e-mail to the following

Ned Pillersdorf  
Janet Stumbo  
PILLERSDORF LAW OFFICES  
124 West Court Street  
Prestonsburg, Kentucky 41653  
*Co-Counsel for Plaintiffs*

C.V. Reynolds  
C.V. REYNOLDS LAW OFFICES, P.S.C.  
1123 West Court Street, Suite 100  
Prestonsburg, Kentucky 41653  
*Co-Counsel for Plaintiff*

/s/ Thomas E. Travis  
*Counsel for Defendants*

101081627.1