UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| SHANNA MADDEN, *Administratrix*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 6:23-CV-29-REW-HAI |
| v. | ) | |
| | ) | |
| JETTA OPERATING APPALACHIA, LLC, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

On March 23, 2024, the Court ordered the parties to meet and then file a proposed discovery plan within 35 days. D.E. 23. Included in that Order was the following paragraph:

> (3) If the parties propose a deadline for dispositive motions to be filed that is more than one (1) year from the date the joint status report required by paragraph (2) is filed, they SHALL specifically describe the basis for the length of their proposed schedule with sufficient detail for the Court to assess that schedule and its progression, including in particular the discovery and dispositive motions deadlines. If such basis and detail are not provided, the Court will shorten the timeline provided by the parties.

*Id*. at 2.

On April 29, the parties timely filed a Rule 26 Report. D.E. 26. The proposed schedule includes a dispositive-motions deadline of May 30, 2025. *Id*. **IT IS HEREBY ORDERED THAT** the parties **SHALL** confer again and, on or before **Friday, May 10, 2024**, they **SHALL** file another Rule 26 report that complies with paragraph 3 of Docket Entry 23. Specifically, the new schedule **SHALL** either include a dispositive-motions deadline earlier than April 29, 2025, or sufficiently justify the need for an unusually extended discovery schedule.

This the 30th day of April, 2024.



Signed By:
*Hanly A. Ingram*
United States Magistrate Judge